■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN FERNANDEZ, Appellant. [620 NYS2d 968] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered March 11, 1992, convicting him of murder in the second degree, criminal possession of a weapon

in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his sentence was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Moreover, the defendant's remaining contentions are unpreserved for appellate review *(see, People v Nuccie,* 57 NY2d 818; *People v Collazo,* 176 AD2d 749; *People v Wilson,* 154 AD2d 565; *People v Burns,* 133 AD2d 642), and we decline to review them in the exercise of our interest of justice jurisdiction. Mangano, P. J., Thompson, Bracken and Altman, JJ., concur.